**Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00469-CV

---

### NJOKU KRISS, TIESHA HAMILTON AND/OR ALL OCCUPANTS, Appellants

### V.

### WATERFALL PARKS APTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1030481**

---

## M E M O R A N D U M     O P I N I O N

On May 28, 2013, appellants filed a notice of appeal from a judgment signed May 13, 2013, in a forcible detainer action. To date, the appellate filing fee of $175.00 has not been paid. *See* Tex. R. App. P. 5. On September 11, 2013, a partial clerk's record was filed. According to the partial record, on June 12, 2013, the trial court sustained the contest to Tiesha Hamilton's affidavit of indigence and ordered appellants to pay the costs of appeal. *See* Tex. R. App. P. 20.1.

On June 18, 2013, this court notified appellants that the fee was past due and the appeal was subject to dismissal unless the fee was paid. No response was filed. The Harris County Clerk notified this court that appellants also have not paid for preparation of the complete record. On September 16, 2013, this court notified appellants that the appeal was subject to dismissal for want of prosecution unless appellants provided proof of payment for the record within fifteen days. No response was filed. On October 10, 2013, court issued an order requiring appellants to pay the filing fee in the amount of $175.00 to the Clerk of this court and file the complete clerk's record containing the contents required by Texas Rule of Appellate Procedure 34.5 on or before October 21, 2013, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3.

Appellants filed no response. The filing fee has not been paid and the clerk's record has not been filed. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.